# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JOHN BARNER,

       Petitioner,

v.                         Case No.  1:17cv58-MW/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

       Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 59, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, along with his demand for hearing. ECF Nos. 60 and 61.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus, ECF No. 42, is **GRANTED** and the petition for writ of habeas corpus, ECF No. 1, is

**DISMISSED**.  A Certificate of Appealability is **DENIED**. Petitioner's Demand for

Hearing, ECF No. 61, is **DENIED**."  The Clerk shall close the file.

      **SO ORDERED on April 18, 2018.**

                                        **s/Mark E. Walker**

                                        **United States District Judge**